UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CRAIG & JUAN, CO-HEAD OF
HOUSEKEEPING RECORDS d/b/a CRAIG #
305 & JUAN # [1]615; UNDER HOTEL
"MELA" MGMT; SEÑOR N. DOMINGUEZ;
PEOPLE #1 d/b/a J.D.N.U.; ET AL.,

                        Plaintiffs,

                -against-

DISRESPECTFUL "SUS"; CLIENT/SERVANT
JOHN DOE #1; & THEIR ASSOCIATED
UNION/GROUP; JOHN DOES 2-9; JANE
DOES 1-9; ET AL.,

                        Defendants.

20-CV-8071 (CM)

ORDER OF DISMISSAL

---

COLLEEN McMAHON, Chief United States District Judge:

       Plaintiffs, appearing *pro se*, filed this action but did not provide physical or email addresses to the Court.[1] By order dated October 7, 2020, the Court directed Plaintiffs, within thirty days, to either pay the $400.00 in fees required to file a civil action in this Court or each Plaintiff submit a completed and signed request to proceed *in forma pauperis* (IFP application). The Court further directed Plaintiffs to provide their addresses to the Court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiffs have not filed IFP applications or paid the fees, and they have not provided their addresses to the Court. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

       Should Plaintiffs return to the Court, the Clerk of Court is directed to (1) provide Plaintiffs with copies of this order, and (2) note service on the docket.

       Should Plaintiffs contact the Court regarding this action, the Clerk of Court is directed to (1) obtain mailing addresses from Plaintiffs, (2) enter Plaintiffs' addresses on the docket, and

---

[1] It appears that Plaintiffs submitted this action in person.

(3) mail to Plaintiffs copies of the docket sheet for this case, copies of this order, and copies of the Court's October 7, 2020 order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  November 24, 2020
        New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge