UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CRAIG & JUAN, CO-HEAD OF HOUSEKEEPING RECORDS d/b/a CRAIG # 305 & JUAN # [1]615; UNDER HOTEL "MELA" MGMT; SEÑOR N. DOMINGUEZ; PEOPLE #1 d/b/a J.D.N.U.; ET AL.,

                Plaintiffs,

-against-

DISRESPECTFUL "SUS"; CLIENT/SERVANT JOHN DOE #1; & THEIR ASSOCIATED UNION/GROUP; JOHN DOES 2-9; JANE DOES 1-9; ET AL.,

                Defendants.

20-CV-8071 (CM)

CIVIL JUDGMENT

---

Pursuant to the order issued November 24, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiffs' failure to each submit a completed request to proceed *in forma pauperis* or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 24, 2020
          New York, New York

                                                COLLEEN McMAHON
                                          Chief United States District Judge